# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 13, 2021

## NO.  03-21-00326-CV

### R. P. and M. J., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the decree of termination signed by the trial court on June 24, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree of termination. Therefore, the Court affirms the trial court's decree of termination. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.